Isaac Edward ALLEN,
Defendant-Appellant,

v.

STATE of Missouri,
Plaintiff-Respondent.

No. 52437.

Missouri Court of Appeals,
Eastern District,
Division Three.

July 28, 1987.

Nancy A. McKerrow, Columbia, for defendant-appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

ORDER

PER CURIAM.

Movant, Isaac Edward Allen, appeals from the denial of his Rule 27.26 motion after an evidentiary hearing. Affirmed. Rule 84.16(b).